```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
           - v. -                :    20 Cr.
                                 :
MICHAEL O'NEILL,                 :    20 CRIM 488
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - X
```

## COUNT ONE
## (Robbery)

The Grand Jury further charges:

1. On or about July 28, 2020, in the Southern District of New York and elsewhere, MICHAEL O'NEILL, the defendant, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and did aid and abet the same, to wit, O'NEILL robbed at gunpoint a gas station in Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT TWO
## (Firearm Offense)

The Grand Jury further charges:

2. On or about July 28, 2020, in the Southern District of New York and elsewhere, MICHAEL O'NEILL, the defendant, during

and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count One of this Indictment, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm, which was brandished, and did aid and abet the same.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2.)

## FORFEITURE ALLEGATION

3.  As a result of committing the offense alleged in Count One of this Indictment, MICHAEL O'NEILL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

>   a.  cannot be located upon the exercise of due diligence;
>
>   b.  has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 981;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_/s/ Tracy Mitchell_
FOREPERSON

_/s/ Audrey Strauss_
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**MICHAEL O'NEILL,**

Defendant.

INDICTMENT

20 Cr.

(18 U.S.C. §§ 1951, 924(c), and 2.)

AUDREY STRAUSS
Acting United States Attorney

_____
Foreperson

09/15/20
CA

INDICTMENT FILED
WHEEL A - DJ COTE

KH PARKER
USAJ