UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     20cr488 (DLC)
                                     :
         -v-                         :     ORDER
                                     :
MICHAEL O'NEILL,                     :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-16-2020

DENISE COTE, District Judge:

Criminal jury trials have resumed in the Southern District of New York.  Jury trials are being conducted in compliance with the safety procedures implemented in this district.  In order to comply with those safety procedures, jury trials require complex planning and coordination.  This district is currently planning to accommodate criminal jury trials that should occur between January and March 2021.

The trial in this case is scheduled to occur on **January 19, 2021**.  It is anticipated that, should the defendant wish to resolve the charges by entering a plea of guilty, he will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial.  It is hereby

2

ORDERED that defense counsel shall advise the Court by **November 6, 2020** whether the defendant currently intends to proceed to trial.

Dated:   New York, New York
         October 16, 2020

                               _____
                                        DENISE COTE
                               United States District Judge