```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        20cr488(DLC)
                                         :
            -v-                          :        ORDER
                                         :
MICHAEL O'NEIL,                          :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Sentencing is scheduled to occur on **March 5, 2021** at **12:00 PM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **March 1, 2021:**

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 22, 2021

                                   _____
                                            DENISE COTE
                                   United States District Judge