```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
            -v-                          :    20cr488 (DLC)
                                         :
MICHAEL O'NEILL,                         :    ORDER
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is to report to Bronx Care hospital for medical detoxification treatment on May 23, 2024 at 7:00 a.m. Upon completion of detoxification treatment, Mr. O'Neill shall immediately report to and enter Odyssey House, located at 219 East 121st Street, New York, NY 10035, for inpatient treatment for a minimum of thirty days.

Dated:    New York, New York
          May 22, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge