```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    20cr488(DLC)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
          -v-                             :
                                          :
MICHAEL O'NEILL,                          :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on June 27, 2024, it is hereby

ORDERED that the defendant Michael O'Neill (U.S.M. 06235-509) is remanded to the custody of the United States Marshal's Service for thirty days for detoxification from xanax, oxycodone, and cocaine addictions. At the end of 30 days, he will be released to an in-patient drug treatment program for 6 months.

Dated:    New York, New York
          June 27, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge