UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL O'NEILL,

                    Defendant.

20 Cr. 488 (DLC)

Order

For the reasons set forth on the record at the June 27, 2024 hearing in this matter, it is

hereby

ORDERED that the defendant, MICHAEL O'NEILL, be released from the custody of the

United States Marshals Service, by 9:30 a.m. on August 15, 2024 and escorted to the Probation

Office located at the Courthouse for the United States District Court for the Southern District of

New York located at 500 Pearl Street, New York, New York, 10007; and

IT IS FURTHER ORDERED that a member of the Probation Office will escort the

defendant, MICHAEL O'NEILL, to enter INPATIENT SUBSTANCE ABUSE TREATMENT,

as ordered by the Court on June 27, 2024; and

IT IS FURTHER ORDERED that the defendant shall continue to participate in

INPATIENT SUBSTANCE ABUSE TREATMENT as directed by the Probation Office and

pursuant to the Court's order.

Dated:  August 7, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Part 1 Judge