```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
                -v-                     :    20cr488 (DLC)
                                        :
MICHAEL O'NEILL,                        :    ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release is scheduled for February 21, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           January 22, 2025

                                                DENISE COTE
                                United States District Judge